UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHARLES O'CAIN,

          Petitioner,

   v.

MARGARET GILBERT, Superintendent of STAFFORD CREEK CORRECTIONS CENTER,

          Respondent.

Case No. C16-1797 TSZ-BAT

**ORDER TRANSFERRING CASE TO NINTH CIRCUIT**

    The Court, having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, docket no. 7, to which no objection or response was timely filed, ORDERS as follows:

    (1)    The Court ADOPTS the Report and Recommendation.

    (2)    Petitioner's 28 U.S.C. § 2254 petition is **TRANSFERRED TO THE NINTH CIRCUIT AS A MOTION TO PERMIT A SECOND OR SUCCESSIVE PETITION.** *See* 28 U.S.C. § 2244(b)(3)(A).

    (3)    The Clerk is directed to send copies of this Order to Petitioner and to the Honorable Brian A. Tsuchida **AND TO ADMINISTRATIVELY CLOSE THIS CASE**.

    DATED this 17th day of February, 2017.

                                           Thomas S. Zilly
                                           United States District Judge

ORDER TRANSFERRING CASE TO NINTH CIRCUIT- 1